Vormwald v. Albany International Corp. et al.
Case 5:05-cv-00671-FJS-GJD   Document 13   Filed 12/05/2005   Page 1 of 1
Doc. 13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CONSTANCE J. VORMWALD,

    Plaintiff,

-against-

ALBANY INTERNATIONAL CORP. and
THE LIBERTY MUTUAL LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendants.

STIPULATION OF
DISMISSAL

05-CV-671
FJS/GJD

Plaintiff and defendants, by their undersigned counsel, hereby stipulate that the above-captioned action is dismissed against defendant, Albany International Corp., without prejudice, pursuant to FRCP 41.

Dated: Albany, New York
November 2005
December 2, 2005

Glen P. Doherty, Esq.
Bar Roll No. 501591
McNamee, Lochner, Titus & Williams, P.C.
Attorneys for Defendant
Albany International Corp.
677 Broadway
Albany, New York 12207

Lawrence I. Heller, Esq.
Bar Roll No. 508014
Attorney for Plaintiff
1 East Main Street
Rochester, New York 14614

William E. Reynolds, Esq.
Bar Roll No. 512175
Bond, Schoeneck and King, PLLC
Attorneys for Defendant
The Liberty Mutual Life Assurance
Company of Boston
111 Washington Ave.
Albany, New York 12210

SO ORDERED:

U. S. DISTRICT JUDGE
Date: 12/5/05